UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGELA GIBSON,

          Plaintiff,

-vs-                                     Case No. 6:07-cv-1053-Orl-28KRS

WALGREEN CO., WALGREENS MAIL
SERVICE, INC., ROBERT PERNESKY,
CAROL WHITE, KRISTIN DOLPHEY,

          Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion to Vacate the Clerk's April 10, 2008 Bill of Costs (Doc. No. 80) filed April 15, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed June 2, 2008 (Doc. No. 86) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Motion to Vacate the Clerk's April 10, 2008, Bill of Costs Entered Against Plaintiff (Doc. No. 80) is **GRANTED.**

3.    Plaintiff's Motion to Vacate the March 27, 2008 "Judgment" Entered Against Plaintiff (Doc. No. 80) is **DENIED as unnecessary.**

4.   The Bill of Costs entered on April 10, 2008 (Doc. No. 78) is **VACATED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of June, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-