UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGELA GIBSON,

          Plaintiff,

-vs-                                    Case No. 6:07-cv-1053-Orl-28KRS

WALGREEN CO., WALGREENS MAIL
SERVICE, INC., ROBERT PERNESKY,
CAROL WHITE, KRISTIN DOLPHEY,

          Defendants.

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Vacate Bill of Costs Taxed by the Clerk against Angela Gibson (Doc. No. 115) filed July 16, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 22, 2008 (Doc. No. 141) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Vacate the Bill of Costs (Doc. No. 115) is **GRANTED in part**. The Bill of Costs Taxed by the Clerk of Court on July 9, 2008 (Doc. No. 112) is **VACATED**.

3. Defendant Carol White may renew her request for costs within the time allowed by Fed. R. Civ. P. 54(d) following determination of the remainder of this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of October, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party