# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANGELA GIBSON,

    Plaintiff,

-vs-                                    Case No. 6:07-cv-1053-Orl-28KRS

WALGREEN CO., WALGREENS MAIL
SERVICE, INC., ROBERT PERNESKY,
CAROL WHITE, KRISTIN DOLPHEY,

    Defendants.
_____

## ORDER

This case is before the Court on Defendant Carol White's Motion for Entitlement to Attorney's Fees and Sanctions (Doc. No. 113) filed July 15, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 16, 2009 (Doc. No. 176) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant Carol White's Motion for Entitlement to Attorney's Fees and Sanctions (Doc. No. 113) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this 12 day of January, 2010.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party